UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PATRICK MCKENNA,<br>　　　　　Petitioner,<br>　　v.<br>CAPTAIN Y. SANCHEZ,<br>　　　　　Respondent. | No. C 15-3339 NC (PR)<br><br>**ORDER OF DISMISSAL** |

On July 20, 2015, Petitioner, a federal prisoner proceeding pro se, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 26, 2015, the Court dismissed the petition with leave to amend, explaining the deficiencies in the petition that needed to be cured. The Court directed Petitioner to file an amended petition within twenty-eight days. Petitioner was cautioned that his failure to do so would result in the dismissal of this action.

More than twenty-eight days have passed, and Petitioner has not filed an amended petition. Accordingly, the case is DISMISSED without prejudice.

The Clerk is directed to enter judgment and close the file.

IT IS SO ORDERED.

DATED:  December 9, 2015

　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate